Marc C. Forsythe - State Bar No. 153854
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Bldg. D, Suite 210
Irvine, CA 92614
mforsythe@goeforlaw.com
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Counsel for Debtor – John Halvorson

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>John Halvorson,<br><br>      Debtor<br>--------------------------------------------<br>Baek Parties, et al.<br><br>      Appellee,<br><br>v.<br><br>John Halvorson, Debtor<br>      Appellant. | District Court Case No: 8:25-cv-00639-FMO<br><br>Bankruptcy Case No. 8:15-bk-13556-SC<br><br>Adv. No. 8:15-ap-01382-SC<br><br>Chapter 7 Proceeding<br><br>**ORDER APPROVING STIPULATION [17] FOR DISMISSAL OF APPEAL** |

        The Court, having read and considered the *Stipulation for Dismissal of Appeal* (the Stipulation") filed on August 7, 2025 [Docket No.], and for good cause appearing, the Court makes its Order as follows:

      **IT IS ORDERED** that:

    1.      The Stipulation is approved; and

    2.      The Appeal is dismissed.

Dated: August 7, 2025

                           _____/s/_____
                           Hon. Fernando M. Olguin
                           United States District Judge